IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01685-WYD-MEH

DANNY WEBSTER,

      Plaintiff,

v.

NATIONS RECOVERY CENTER, INC., a Georgia corporation, and
SYLVESTER JOHNSON, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 28, 2009.**

      The Stipulated Motion for Entry of Protective Order [filed September 25, 2009; docket #10] is **granted**.  The Protective Order in this case is filed contemporaneously with this minute order.